# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1791

_____

Rudy Stanko, individually, and on behalf of similarly situated cattle ranchers on the Pine Ridge Reservation and border towns

*Plaintiff - Appellant*

v.

South Dakota State Brand Board; Jake Schofield, individually and in his official capacity as South Dakota State Brand Inspector; Philip Livestock Auction; Thor Roseth, individually and as owner of the Philip Livestock Auction; Defendants 1x through 4x, individually, will be named after discovery

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Rapid City

_____

Submitted: December 19, 2018
Filed: December 26, 2018
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Rudy Stanko appeals from the order of the District Court[1] dismissing his civil action for lack of standing. We have reviewed the record and considered the parties' arguments, and we affirm for the reasons stated by the District Court. See Hughes v. City of Cedar Rapids, 840 F.3d 987, 991 (8th Cir. 2016) ("This court reviews standing determinations de novo."). See 8th Cir. R. 47B. We deny Stanko's pending motion.

_____

[1]The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.